617 A.2d 663

IN THE MATTER OF STEVEN M. KRAMER,
AN ATTORNEY AT LAW.

January 14, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that STEVEN M. KRAMER of BLACKWOOD, who was admitted to the bar of New Jersey in 1983, be publicly reprimanded for his violation of *RPC* 1.1(a) (gross neglect) and *RPC* 1.3 (failure to act with reasonable diligence) by failing to oppose a motion and to take other action in a timely manner, violation of *RPC* 1.16(a)(3) (failure to withdraw as counsel when discharged), *RPC* 1.16(d) (failure to protect client's interests after termination of representation) and *RPC* 8.1(b) (failure to cooperate with the ethics authorities), and the Court having heard the arguments of counsel, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are hereby adopted and STEVEN M. KRAMER is publicly reprimanded; and it is further

ORDERED that the decision and recommendation of the Disciplinary Review Board, together with this Order and the full record of the matter, be added as a permanent part of the file of said STEVEN M. KRAMER as an attorney at law of the State of New Jersey; and it is further

ORDERED that STEVEN M. KRAMER reimburse the Ethics Financial Committee for appropriate administrative costs.